### Bernardo FIGUEROA, Plaintiff–Appellant,

and

Raymond Atkins; Latell Carlos; Labarry Andre Beeler; Bernard Hailstock; Ricky Archie; Troy Anthony Ange; Jason W. Gregory; Erick Guzman; Jose Diaz; Duy Tran; Charles Brown; Artie Jones, Plaintiffs,

v.

Ronald J. ANGELONE; S.K. Young, Warden, Wallens Ridge State Prison; A.P. Harvey, Assistant Warden Operations; R.B. Phillips; R.A. Young, Regional Director; John Does, Defendants–Appellees.

No. 01–6307.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

Bernardo Figueroa, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Bernardo Figueroa appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.* We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Figueroa v. Angelone,* No. CA–00–939–7 (W.D.Va. Feb. 8, 2001). To the extent that Figueroa seeks mandamus relief, we note that any such request is moot. We deny as moot Figueroa's motion for a temporary restraining order and/or preliminary injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED IN PART.*

---

* We note that while the notice of appeal lists twelve other inmates who were Plaintiffs below as joining in this appeal, only Figueroa signed the notice of appeal. All Appellants other than Figueroa are therefore dismissed from this appeal. *See Covington v. Allsbrook,* 636 F.2d 63, 63–64 (4th Cir.1980).